UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| **Interprofession du Gruyère, et al.,** | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 1:20cv01174-TSE-TCB |
| **U.S. Dairy Export Council, et al.**, | : | |
| Defendants. | : | |

## [PROPOSED] ORDER

This matter is before the Court upon Defendants/Counterclaim-Plaintiffs, U.S. Dairy Export Council, Atalanta Corporation, and Intercibus Inc. (collectively, "Defendants"), Motion for Summary Judgment.  Having considered the motion and the briefs and evidence submitted by the parties, the Court **GRANTS** the motion.

THEREFORE, it is hereby ORDERED that:

1. Plaintiffs' claims in their Amended Complaint are hereby dismissed with prejudice;

2. Defendants are granted summary judgment on their counterclaims in the Answer and Counterclaims;

3. The August 5, 2020, decision of the Trademark Trial and Appeal Board of the U.S. Patent and Trademark Office is affirmed; and

4. The U.S. Patent and Trademark Office is ordered to maintain the refusal of registration in U.S. Trademark Application Number 86/759,759.

Alexandria, Virginia

_____, 2021                                      _____
                                                                                                    T.S. Ellis, III
                                                                                                    United States District Judge

25076108.1